UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. MAXEY,<br><br>          Plaintiff,<br><br>     v.<br><br>EDMUND G. BROWN, ET AL.,<br><br>          Defendants. | No.  2:14-cv-02507-MCE-AC<br><br><br>ORDER |

     Plaintiff is proceeding pro se.  Plaintiff has filed an in forma pauperis affidavit in which he states that his gross and take home pay is $720.00.  ECF No. 2.  Plaintiff does not specify how often he is paid, nor does he state whether he has earned income from other sources in the past twelve months.  Id.

     Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court.  28 U.S.C. § 1914(a).  The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor."  28 U.S.C. § 1915(a). Plaintiff's affidavit provides only partial information.  Accordingly, plaintiff has made an inadequate showing of indigency.  See, e.g., Thompson v. United States, 103 Fed. Cl. 16, 18–19 (2011) (citing 28 U.S.C. § 1915(a)(1)).  Plaintiff will therefore be granted twenty days in which to submit either the appropriate filing fee to the Clerk of the Court or a second application to

1

1    proceed in forma pauperis.  If plaintiff decides to file a second application to proceed in forma
2    pauperis he must complete the form in full.  Plaintiff is cautioned that failure to pay the fee or file
3    a second application to proceed in forma pauperis will result in a recommendation that the instant
4    action be dismissed with prejudice.
5            Accordingly, IT IS HEREBY ORDERED that, within twenty days from the date of
6    service of this order, plaintiff shall submit the appropriate filing fee or file a second application to
7    proceed in forma pauperis.
8    DATED: October 30, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE