UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. MAXEY, | No. 2:14-cv-2507 MCE AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| EDMUND G. BROWN, et al., | |
| Defendants. | |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On February 24, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 8. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 24, 2015 (ECF No. 8), are adopted in full;  and

2. All claims against defendants, except those against defendant Scott Jones, as set forth

1

in Part II and III of the findings and recommendations – that is, the Section 1983 Fourth Amendment claims, and the state-law intentional infliction of emotional distress claims – are DISMISSED with prejudice.

Dated: March 27, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT