1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAMES C. MAXEY,                          No.  2:14-cv-2507 MCE AC (PS)

12              Plaintiff,

13        v.                                   ORDER

14    EDMUND G. BROWN, et al.,

15              Defendants.

16

17        Plaintiff is proceeding in this action in pro per, and in forma pauperis pursuant to 28

18    U.S.C. § 1915.  This proceeding was referred to the undersigned pursuant to Local

19    Rule 302(c)(15), pursuant to 28 U.S.C. § 636(b)(1).  On March 30, 2015, the district judge

20    adopted the Findings and Recommendations of the undersigned and dismissed the complaint with

21    prejudice against all defendants except Scott Jones.  ECF No. 9.

22        Good cause appearing, IT IS ORDERED that:

23        1.  Service is appropriate for the following defendant Sheriff Scott Jones:

24        2.  The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is directed

25    to serve within ninety days of the date of this order, all process pursuant to Federal Rule of Civil

26    Procedure 4, including a copy of this court's status order, without prepayment of costs.

27        3.  The Clerk of the Court shall send plaintiff one USM-285 form for each defendant, one

28    summons, a copy of the complaint, an appropriate form for consent to trial by a magistrate judge,

and this court's status order.

4. Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date this order is filed, all information needed by the Marshal to effect service of process, and shall file a statement with the court that said documents have been submitted to the United States Marshal. The court anticipates that, to effect service, the U.S. Marshal will require at least:

      a. One completed summons for each defendant;

      b. One completed USM-285 form for each defendant;

      c. One copy of the endorsed filed complaint for each defendant, with an extra copy for the U.S. Marshal;

      d. One copy of this court's status order for each defendant; and

      e. One copy of the instant order for each defendant.

5. In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate service on any defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

6. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

7. Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED:  March 30, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2