UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. MAXEY, | No. 2:14-cv-2507-JAM-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| EDMUND G. BROWN, et al., | |
| Defendant. | |

On March 30, 2015, the court dismissed plaintiff's claims with prejudice against all defendants except Scott Jones.[1]  ECF No. 9.  The court subsequently directed the clerk to provide plaintiff with the forms required to effect service on Jones, and directed plaintiff to provide to the U.S. Marshal within fifteen days all information needed to effect service of process.  ECF No. 11.  Plaintiff was also ordered to thereafter file a statement with the court that the documents were submitted.  *Id*. at 2.

To date, plaintiff has not filed a statement that the service documents were submitted to the Marshal.  Accordingly, plaintiff is ordered to show cause why this case should not be dismissed as a result of his failure to follow court orders.  *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the

---

[1] This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).

1

Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."); *see also* E.D. Cal. L.R. 183 ("Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure and by these Local Rules.").

      Accordingly, it is hereby ORDERED that:

      1.  Plaintiff shall supply the United States Marshal, within fourteen days from the date this order is filed, all information needed by the Marshal to effect service of process, and *shall, within fourteen days thereafter, file a statement with the court that said documents have been submitted to the United States Marshal.*

      2.  Plaintiff shall show cause, in writing, within fourteen days from the date this order is filed, why sanctions should not be imposed for failure to follow court orders and/or for failure to provide the Marshal with the necessary documents to effect service of process.

DATED: October 22, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE