UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. MAXEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EDMUND G. BROWN, et al.,<br><br>　　　　　　Defendants. | No.  2:14-cv-2507-JAM-EFB P<br><br><br>FINDINGS AND RECOMMENDATIONS |

On March 30, 2015, the court dismissed plaintiff's claims with prejudice against all defendants except Scott Jones.[1]  ECF No. 9.  The court subsequently directed the clerk to provide plaintiff with the forms required to effect service on Jones, and directed plaintiff to provide to the U.S. Marshal within fifteen days all information needed to effect service of process.  ECF No. 11. When plaintiff failed to timely comply, on October 23, 2015, the court ordered plaintiff to supply the United States Marshal, within fourteen days from the date of that order, all information needed by the Marshal to effect service of process.  ECF No. 17.  That order further directed plaintiff to show cause within fourteen days why sanctions should not be imposed for his failure to follow court orders or prosecute the case.  The time for acting has passed and plaintiff has failed to comply with or otherwise respond to the court's order.

---

[1] This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). See 28 U.S.C. § 636(b)(1).

1

Accordingly, it is hereby RECOMMENDED that this action be dismissed for failure to prosecute. Fed. R. Civ. P. 41(b); E.D. Cal. Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: December 2, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE